IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**LARRY J. CLINKENBEARD**                                                                       **PLAINTIFF**

V.                                              **4:05CV918JMM**

**AIR TRANSPORT INTERNATIONAL, INC.**                                      **DEFENDANT**

## JUDGMENT

Pursuant to the Order entered on December 14, 2006, Judgment is hereby entered in favor of the Defendant. The Complaint is dismissed with prejudice. The Clerk is directed to close the case.

IT IS SO ORDERED this 14th day of December 2006.

_____
James M. Moody
United States District Judge